### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN A. AUDET,** | ) | **CASE NO. 4:08CV3220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to File Brief (Filing No. 14). The Plaintiff requests an extension of time to file her brief, from March 2, 2009, until April 9, 2009. The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 14) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before April 9, 2009;

3. The Defendant shall file his responsive brief on or before May 11, 2009; and

4. This case will be ripe for decision on May 12, 2009.

DATED this 2nd day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge