IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN A. AUDET,** | ) | **CASE NO. 4:08CV3220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to File Brief (Filing No. 16). The Plaintiff requests a second extension of time to file her brief, from April 9, 2009, until April 30, 2009. The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 16) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before April 30, 2009;

3. The Defendant shall file his responsive brief on or before June 1, 2009; and

4. This case will be ripe for decision on June 2, 2009.

DATED this 9th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge